IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL A. MCGUIRE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:25-cv-00681-BL |
| | ) | |
| JADARIUS CHARLES RICHARDSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On August 11, 2026, the Magistrate Judge recommended that the court deny the Plaintiff's Motion for Leave to File Amended Complaint, (doc. 26). (Doc. 37). The Magistrate Judge set the deadline for the parties to file objections to the recommendation on August 25, 2026. (Doc. 37). To date, no objections have been filed.

After careful review of the file and upon consideration of the recommendation of the Magistrate Judge, the court **ADOPTS** the recommendation of the Magistrate Judge and **ORDERS** as follows:

1. The Recommendation of the Magistrate Judge (doc. 37) is **ADOPTED**.

2. The Plaintiff's Motion for Leave to File Amended Complaint (doc. 26) is **DENIED**.

**DONE** and **ORDERED** on this the 26th day of August, 2026.

BILL LEWIS
UNITED STATES DISTRICT JUDGE